960

No. 76–175. O'MALLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 76–176. ALESSI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 76–195. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–202. SUPINSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 76–203. KING v. UNITED STATES; and
No. 76–346. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 76–215. DRUMRIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 76–216. CORDOVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–229. ALPHIN ET AL. v. HENSON ET AL. C. A. 4th Cir. Certiorari denied. 

No. 76–230. GISKIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 76–231. BOARD OF SUPERVISORS OF FAIRFAX COUNTY, VIRGINIA, ET AL. v. COLEMAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–234. O'DONNELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–304. BURNS v. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–317. O–J TRANSPORT CO. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.